

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2020

No. 04-20-00259-CR

Kristen Marie **DAWSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 636843
Honorable Michael De Leon, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED AS MOOT.

It is so **ORDERED** on August 5, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2020.

_____
Michael A. Cruz, Clerk of Court